UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10875 PA (PVCx) | Date | November 18, 2025 |
|---|---|---|---|
| Title | See You Soon LLC v. Run Direct Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

On November 9, 2025, Plaintiff See You Soon LLC ("Plaintiff"), proceeding pro se, filed a Complaint for "Unpaid Wages, Unreturned Deposit, and Damages Under the Fair Labor Standards Act."  (Docket No. 1.)  According to the Complaint, Plaintiff is a "Maryland Limited Liability Company, wholly owned and managed by Vitalii Kulakov."  (Compl. ¶ 1.)

In federal court, "parties may plead and conduct their own cases personally or by counsel . . . ."  28 U.S.C. § 1654.  "It is well established that the privilege to represent oneself pro se provided by § 1654 is personal to the litigant and does not extend to other parties or entities."  Simon v. Hartford Life, Inc., 546 F.3d 661, 664 (9th Cir. 2008).  Courts adhere to a "general rule prohibiting pro se plaintiffs from pursuing claims on behalf of others in a representative capacity."  Id..  The Local Rules of this Court clearly state that:

> "Only individuals may represent themselves pro se.  No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court . . . .").

L.R. 83-2.2.2 .

Because Plaintiff may not pursue its claims pro se, the Court orders Plaintiff to show cause in writing why this action should not be dismissed without prejudice.  Plaintiff's response to the Order to Show Cause shall be filed by no later than December 2, 2025.  A Notice of Appearance from an attorney licensed to practice law in California by that date shall be deemed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10875 PA (PVCx) | Date | November 18, 2025 |
|---|---|---|---|
| Title | See You Soon LLC v. Run Direct Inc. | | |

a sufficient response to the Order to Show Cause.  The failure to respond, or to respond sufficiently, to the Order to Show Cause by December 2, 2025, may, without further warning, result in the dismissal of this action without prejudice.

    IT IS SO ORDERED.