**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE YOU SOON LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RUN DIRECT INC.,<br><br>    Defendant. | Case No. CV 25-10875 PA (PVCx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's December 16, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 16, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE